UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLON BRANTLEY,

        Plaintiff,

                                      Case No. 12-cv-12405
                                      Honorable Gershwin A. Drain

v.

SHERMETA, ADAMS & VON ALLMEN, P.C.,

        Defendant.

_____/

**ORDER DISMISSING ACTION**

        On June 4, 2012, plaintiff initiated the instant action under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. and the Fair Debt Collection Practices Act, 15 U.S.C. §1682 et seq. On November 26, 2012, the Court conducted a status conference. Also on that date, the Court entered an Order granting Plaintiff's counsel's Motion to Withdraw and directing counsel for Plaintiff to send a copy of the Court's order to Plaintiff. *See* Dkt. No. 18. The Court's November 26, 2012, Order also set a status conference for January 7, 2013, as well as advised Plaintiff that he was required to appear at the January 7, 2013 with new counsel. *Id.*

        On December 18, 2012, Plaintiff sent email correspondence to the Court's clerk indicating that he no "longer want[s] to pursue this matter." *See* Dkt. No. 20. Plaintiff further stated that "I have spoken with Mazda Credit and they assured me I'm not responsible for the account and that [sic] all that matters. Mazda removed the negative information from my credit report and I'm fine

-1-

with that." *Id.*

Accordingly, based on Plaintiff's representations in his December 18, 2012, email correspondence, this action is DISMISSED.

SO ORDERED.

Dated:  December 21, 2012

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record by electronic
December 21, 2012 and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk