UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLON BRANTLEY,

        Plaintiff,

                                                  Case No. 12-cv-12405
                                                  Honorable Gershwin A. Drain

v.


SHERMETA, ADAMS & VON ALLMEN, P.C.,

        Defendant.

_____/

## ORDER DISMISSING ACTION

On June 4, 2012, plaintiff initiated the instant action under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. and the Fair Debt Collection Practices Act, 15 U.S.C. §1682 et seq. On November 26, 2012, the Court conducted a status conference. Also on that date, the Court entered an Order granting Plaintiff's counsel's Motion to Withdraw and directing counsel for Plaintiff to send a copy of the Court's order to Plaintiff. See Dkt. No. 18. The Court's November 26, 2012, Order also set a status conference for January 7, 2013, as well as advised Plaintiff that he was required to appear at the January 7, 2013 with new counsel. Id.

On December 18, 2012, Plaintiff sent email correspondence to the Court's clerk indicating that he no "longer want[s] to pursue this matter." See Dkt. No. 20. Plaintiff further stated that "I have spoken with Mazda Credit and they assured me I'm not responsible for the account and that [sic] all that matters. Mazda removed the negative information from my credit report and I'm fine

with that." *Id.*

Accordingly, based on Plaintiff's representations in his December 18, 2012, email correspondence, this action is DISMISSED.

SO ORDERED.

Dated: December 21, 2012

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record by electronic
December 21, 2012 and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk